**DISMISS and Opinion Filed November 1, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00690-CV

### BRYAN A. STEMPOWSKI, Appellant
### V.
### ORBITAL SOLAR SERVICES, LLC F/K/A
### REACH CONSTRUCTION GROUP, LLC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01624**

## MEMORANDUM OPINION
Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Myers

We reinstate this appeal which we previously abated to allow the parties an opportunity to obtain a final judgment.

Before the Court is the parties' joint motion to dismiss the appeal for want of jurisdiction because no final judgment has been rendered. We **GRANT** the motion and dismiss the appeal without prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

220690f.p05

/Lana Myers//
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRYAN A. STEMPOWSKI,
Appellant

No. 05-22-00690-CV      V.

ORBITAL SOLAR SERVICES,
LLC F/K/A REACH
CONSTRUCTION GROUP, LLC,
Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-01624.
Opinion delivered by Justice Myers.
Justices Pedersen, III and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 1st day of November, 2022.